IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                      CRIMINAL NO.  07-CR-30066-DRH  &
                                      10-CR-40028-DRH

RAYMOND L. SPINNER,

        Defendant.

## ORDER GRANTING APPLICATION FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an Order directing the issuance of a Writ of Habeas Corpus ad Prosequendum (Doc. 79) for the production of Raymond L. Spinner, DOB:  05/XX/1966, in the United States District Court at East St. Louis, Illinois, on the 4th day of February, 2016, at the hour of 10:00 a.m.

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.02.02 12:05:45 -06'00'

                                            **District Judge**
                                            **United States District Court**